UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**REAVIS LEVON KENDRICK,**

    Petitioner,

v.                                        Case No: 5:24-cv-157-WFJ-PRL

**WARDEN, MARION COUNTY JAIL,**

    Defendant.

## ORDER DISMISSING CASE

Petitioner initiated this case on April 1, 2024, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. The Court's order (Doc. 2) instructed Petitioner to apply for pauper status or pay the filing fee within thirty days upon pain of dismissal. However, Petitioner ignored the order and failed to pay the required filing fee or file a request to proceed as a pauper within thirty days of the commencement of the case. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 10, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:** Pro Se Party